# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 77 EM 2023
PENNSYLVANIA GAME COMMISSION    :

                v.               :

THOMAS E. PROCTOR HEIRS TRUST,    :
UNDER DECLARATION OF TRUST DATED    :
OCTOBER 28, 1980, WHICH IS    :
RECORDED IN SULLIVAN COUNTY IN    :
BOOK 1106, AT PAGE 879, ITS    :
SUCCESSORS AND ASSIGNS    :

PETITION OF: UNITED STATES COURT    :
OF APPEALS FOR THE THIRD CIRCUIT    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of November, 2023, the Petition for Certification of Question of State Law is GRANTED. The Court shall consider the following issue:

> Whether, on the record provided here, a 1908 tax sale of an unseated parcel of land, induced by the surface owner's failure to pay taxes on the estate, and made to an agent of the defaulting surface owner, constitutes a title wash, thereby divesting the subsurface owner of his interest in the estate?

     The Pennsylvania Game Commission is DESIGNATED as Appellant, and the Thomas E. Proctor Heirs Trust is DESIGNATED as Appellee.

     The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.